# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

### THE UNITED STATES OF AMERICA
### vs
### KELLEN ROBERT SANFORD

**CR 22 00027 BLF**

### INDICTMENT

NC

COUNT ONE:      18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography

*A true bill.*

_____
*Foreperson*

Filed in open court this  9:30am  day of  Jan 27th  A.D. 2022

_____
*United States Magistrate Judge*

*Bail.* $ no bail arrest warrant



1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney

FILED
JAN 27 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 22 00027 BLF NC |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATIONS: |
|  | ) 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography; |
| KELLEN ROBERT SANFORD, | ) 18 U.S.C. § 2253(a) – Criminal Forfeiture |
| Defendant. | ) SAN JOSE VENUE |

I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)

On or about April 14, 2021, in the Northern District of California, the defendant,

KELLEN ROBERT SANFORD,

did knowingly possess matter which contained at least one visual depiction that had been shipped and transported using a means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, including by computer, the production of which visual depiction involved the use of a minor, including a

INDICTMENT

prepubescent minor, engaging in sexually explicit conduct, which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

<u>FORFEITURE ALLEGATION</u>:     (18 U.S.C. § 2253(a))

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth in this Indictment, the defendant,

KELLEN ROBERT SANFORD,

shall forfeit to the United States of America:

    a. any visual depiction described in Title 18, United States Code, Sections 2251 or 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to:

    a. an IBUYPOWER computer tower with serial number FAB8-8D31-DB18-D95B, seized from the defendant's residence on or about April 14, 2021;

    b. an ASUS laptop with serial number G4N0CV175J65217C, seized from the defendant's residence on or about April 14, 2021; and

    c. an iPhone S cell phone, rose gold in color, with serial # FCGSN2XYHFM4, seized from the defendant's person on or about April 14, 2021.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

INDICTMENT                                2

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

  All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:                A TRUE BILL.

                      _____
                      FOREPERSON

STEPHANIE M. HINDS
United States Attorney

_____
ANNE C. HSIEH
Assistant United States Attorney

INDICTMENT            3

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

COUNT ONE: 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
- Imprisonment: 20 years (max)
- Fine: $250,000 (max)
- Supervised release: 5 years (min), lifetime (max)
- Special assessment: $100 + $5000 (JVTA)

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
JAN 27 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▶ KELLEN ROBERT SANFORD

DISTRICT COURT NUMBER
CR 22 00027 BLF

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☒ person is awaiting trial in another Federal or State Court, give name of court
Monterey County

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Stephanie M. Hinds
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Anne C. Hsieh

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____   Before Judge: _____

Comments: