# ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Nathanael M. Cousins<br>U.S. Magistrate Judge | **RE:** | Kellen Robert SANFORD |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 5:22-cr-00027-BLF |

**Date:** April 27, 2022

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Kalisi Kupu (510) 637-3757

U.S. Pretrial Services Officer    **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing on May 3, 2022, at 1:30 p.m. via Zoom webinar. https://cand.uscourts.gov/judges/cousins-nathanael-nc/

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s):

1. The defendant must not use alcohol.

2. The defendant must remain in the custody of custodian Sally Carlson. The custodian must supervise defendant and report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:
_____

_[signature]_                                 April 27, 2022
**JUDICIAL OFFICER**                          **DATE**